UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Plaintiff,<br>*Debtor* | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:23–cv–04240 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| Alexander E Jones<br>Defendant. | §<br>§ | |

NOTICE OF SETTING

Take notice that a Motion Hearing is set as follows:

Tuesday, June 18, 2024, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002